PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MCELVAIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-00880-KJN<br><br>EX PARTE MOTION FOR AN EXTENSION OF TIME AND ~~PROPOSED~~ ORDER |

    IT IS HEREBY REQUESTED by the Defendant through her undersigned attorney, subject to the approval of the Court, that the Commissioner have a 30-day extension of time up to and including June 13, 2016, in which to respond to Plaintiff's Motion for Summary Judgment.  This is Defense counsel's first request for an extension of time.  On April 12, 2016, Plaintiff, proceeding pro se, filed his Motion for Summary Judgment in response to the Court's March 10, 2016 Order to Show Cause (Dkt. Nos. 10, 11).  The Court issued a minute order the same date discharging the Order to Show Cause and deeming Plaintiff's motion as timely filed (Dkt. No. 12).  Defense counsel respectfully requests this additional time to further review the

1  file and prepare a response in this matter as she has been out of the office on pre-approved leave
2  and has also missed work due to illness, and because of a very heavy workload, including several
3  other district court cases.
4       Defense counsel attempted to contact Plaintiff by telephone and left a message informing
5  him of her intention to file this motion.
6       Defense counsel apologizes to the Court for any inconvenience caused by this delay.

                      Respectfully submitted,

Dated: May 12, 2016        PHILLIP A. TALBERT
                      Acting United States Attorney
                      DEBORAH LEE STACHEL
                      Acting Regional Chief Counsel, Region IX
                      Social Security Administration

               By:   /s/ *Lynn Harada*
                        LYNN HARADA
                        Special Assistant U.S. Attorney

                      Attorneys for Defendant

                      <u>ORDER:</u>

APPROVED AND SO ORDERED:

Dated: May 13, 2016

                      _____
                      KENDALL J. NEWMAN
                      UNITED STATES MAGISTRATE JUDGE